UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR. ) | Case No. 04-2417-TSZ-JPD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| KEN RAY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this suit brought under 42 U.S.C. § 1983.  After initially filing suit, plaintiff has sought for several weeks to discover the correct identities of three individuals he wishes to add as defendants.  On April 13, 2005, plaintiff notified the Court that he had discovered the identities of two of these individuals: Nikki Behner and Cathy Barber. Dkt. No. 37.  By separate Order, the Court has ordered that service of process be made on these two individuals.  To date, however, plaintiff has been unable to discover the proper name of "Dr. Davis."  The deadline the Court set for plaintiff to obtain this information has passed.  Dkt. No. 33.  The Court therefore ORDERS:

(1) Plaintiff shall have thirty (30) days from the date of this Order to discover the proper name of "Dr. Davis" and properly include him as a party to his suit.  The Court reminds plaintiff that he is obligated to comply with both the Federal Rules of Civil Procedure and Local Rules as he proceeds with his case.

01     (2)    The Clerk is directed to send a copy of this Order to the Honorable Thomas S.
02 Zilly.

03     DATED this 15th day of April, 2005.

05                             s/ JAMES P. DONOHUE
                              United States Magistrate Judge

ORDER DIRECTING SERVICE BY
FIRST CLASS MAIL AND PROCEDURES
PAGE -2