01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORMAN GOTCHER, JR.,                    )   Case No. 04-02417-TSZ-JPD
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   ORDER DENYING PLAINTIFF'S
                                        )   MOTION TO COMPEL DISCOVERY
KEN RAY, *et al.*,                      )   AND FOR APPOINTMENT OF
                                        )   COUNSEL
            Defendants.                 )
_____ )

      Plaintiff is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil

rights action.  This matter comes before the Court upon plaintiff's motion to compel

discovery, Dkt. No. 109, and plaintiff's motion for appointment of counsel, Dkt. No. 110.

Because plaintiff has filed similar motions at earlier stages of this case, the Court construes

them as motions for reconsideration.  Defendants oppose both of these motions.  Dkt. No.

111.  Having carefully reviewed plaintiff's motions, defendants' response, and the supporting

record, the Court ORDERS as follows:

      (1)      Plaintiff's motions to compel discovery, Dkt. No. 109, and for appointment of

counsel, Dkt. No. 110, are DENIED.  This is plaintiff's second motion to compel discovery

ORDER DENYING
PLAINTIFF'S MOTION TO COMPEL DISCOVERY
AND FOR APPOINTMENT OF COUNSEL
PAGE -1

and, like his earlier motion, was filed more than a month after the discovery deadline. *See*

Dkt. No. 6.  Similarly, the Court has already considered and denied two motions for

appointment of counsel by plaintiff.  Dkt. Nos. 34, 104.  Motions for reconsideration are

disfavored under Local Rule 7(h) and, here, plaintiff has provided no new factual or legal

basis for granting either motion.  Moreover, it appears that these motions have been

strategically filed to delay consideration of defendants' motion for summary judgment.

(2)     The Clerk is directed to send a copy of this Order to plaintiff, counsel for the

defendants, and to the Honorable Thomas S. Zilly.

DATED this 2nd day of September, 2005.

*James P. Donohue*

_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER DENYING
PLAINTIFF'S MOTION TO COMPEL DISCOVERY
AND FOR APPOINTMENT OF COUNSEL
PAGE -2