UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORMAN GOTCHER JR., ) Case No. 04-02417-TSZ-JPD
                    )
    Plaintiff,      )
                    )
    v.              )
                    )
KEN RAY, *et. al*,  ) MINUTE ORDER
                    )
    Defendants.     )
_____)

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

On October 12, 2005, plaintiff filed a letter requesting an update as to the status of his Opposition and his Sworn Affidavit and Supporting Exhibits Opposing Defendants' Summary Judgment Motion. Dkt. No. 120. Plaintiff's Opposition and Sworn Affidavit were posted on the Court docket on October 14, 2005. Dkt. No. 118. Plaintiff is referred to Dkt. No. 119, which indicates that all of his Exhibits are held in paper form in the Clerk's office.

DATED this 18th day of October, 2005.

                         Bruce Rifkin
                         Clerk of the Court

                         /s/ Peter H. Voelker
                         Peter H. Voelker
                         Deputy Clerk