UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR., ) | Case No. 04-02417-TSZ-JPD |
| Plaintiff, ) | |
| v. ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR EXTENSION OF |
| KEN RAY *et al.*, ) | TIME |
| Defendants. ) | |

On October, 2005, plaintiff filed a Motion For Extension of Time. Dkt. No. 121. Having carefully reviewed plaintiff's motion and the record, the Court ORDERS:

(1) Plaintiff's Motion For Extension of Time, Dkt. No. 121, is DENIED.

Plaintiff argues that the Court should grant him an additional seven days to respond to defendants' Reply in support of their Motion For Summary Judgment. Dkt. No. 121. However, plaintiff has already responded to defendants' motion and filed exhibits to support that response. Dkt. Nos. 118, 119. There is no need for him to reiterate his claims.

/ / /

/ / /

ORDER
PAGE -1

(2)   The Clerk is directed to send a copy of this Order to plaintiff, counsel for the defendants, and to the Honorable Thomas S. Zilly.

DATED this 18th day of October, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2